# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**SEBASTIAN RAVETSKY,**

      **Plaintiff,**

**v.**                               **Case No. 3:13cv573-MCR/EMT**

**FLORIDA DEPARTMENT OF**
**CORRECTIONS, et al.,**

      **Defendants.**

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 4, 2013 (doc. 3). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, The Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      The Clerk of Court shall transfer this case to the United States District Court for the Middle District of Florida and close the file.

**DONE and ORDERED** this 6th day of December, 2013.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**